Argued February 2, affirmed February 2, petition for
rehearing denied February 22, petition for
review denied March 30, 1973

STATE OF OREGON, *Respondent, v.* RANDALL
KEVIN PHILLIPS (No. 38501), *Appellant.*

505 P2d 358

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Brian R. Barnes,* Deputy District Attorney, Roseburg, argued the cause for respondent. With him on the brief was Doyle L. Schiffman, District Attorney, Roseburg.

Before Schwab, Chief Judge, and Langtry and Fort, Judges.